NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JORGE PEREZ DIAZ, )
DOC #C09898, )
)
    Appellant, )
)
v. )    Case No. 2D17-3040
)
STATE OF FLORIDA, )
)
    Appellee. )
_____)

Opinion filed September 21, 2018.

Appeal from the Circuit Court for
Pinellas County; Joseph A. Bulone,
Judge.

Jorge Perez Diaz, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

    Affirmed.


KHOUZAM, LUCAS, and ATKINSON, JJ., Concur.